The People of the State of New York, Respondent, 
against
John Barr, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (John Cataldo, J.H.O,), rendered December 12, 2016, after a nonjury trial, convicting him of public consumption of alcohol, and imposing sentence.




Per Curiam.
Judgment of conviction (John Cataldo, J.H.O,), rendered December 12, 2016, reversed, on the law, accusatory instrument dismissed, and fine, if paid, remitted.
Based on the People's concession that the accusatory instrument was jurisdictionally defective, we reverse defendant's Summons Part conviction and dismiss the accusatory instrument without addressing the merits of the issue (see generally People v Whitelow, 2 AD3d 1393 [2003], lv denied 2 NY3d 748 [2004]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 11, 2018